**No. 60093.**—Trans Ocean Import Co., Inc. *v.* United States, protests 266107–K and 266122–K (Boston).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of floor coverings similar in all material respects to the merchandise involved in Abstract 57889, the claim of the plaintiff was sustained.